# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CRISSY LEANN BRUCE                                                                    PLAINTIFF

V.                           NO. 3:10CV00208 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                DEFENDANT

## JUDGMENT

Consistent with an Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 4th day of November, 2011.

_____
UNITED STATES MAGISTRATE JUDGE